UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEYEMBO MIKANDA, | CASE NO. C24-0718-KKE |
| Plaintiff(s), | ORDER CLOSING CASE |
| v. | |
| CHRISTOPHER J. CHRISTIE, | |
| Defendant(s). | |

Plaintiff, proceeding *pro se*, filed a proposed complaint on May 21, 2024, without paying the filing fee or applying to proceed *in forma pauperis* ("IFP"). Dkt. No. 1. On May 23, 2024, the Court notified Plaintiff that either the filing fee needed to be paid, or an IFP application must be filed, no later than June 24, 2024, and the failure to do so could lead to dismissal of the action. Dkt. No. 3.

Plaintiff has neither paid the filing fee nor applied to proceed *in forma pauperis*, and the Court's notice was not returned as undelivered. Accordingly, the clerk is directed to close the case.

Dated this 25th day of July, 2024.

Kymberly K. Evanson
United States District Judge

ORDER CLOSING CASE - 1